United States Courts
Southern District of Texas
FILED
DEC 28 2020
David J. Bradley, Clerk of Court

ANDRE A. JONES          IN THE 182nd DISTRICT COURT

VS.             §    CRIMINAL JUDICIAL DISTRICT

THE STATE OF TEXAS      §    HARRIS COUNTY, TEXAS

## FORMAL COMPLAINT OF CIVIL RIGHTS VIOLATIONS - NO JUDGMENT OF CONVICTION & NO CERTIFIED COMMITMENT PAPERS
### CAUSE # [917355]

### STATEMENT OF FACTS

I ANDRE ALI JONES, allege myself to be a victim of racial discrimination by being put in the penal institution, THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, with NO JUDGMENT OF CONVICTION, & NO CERTIFIED COMMITMENT PAPERS. On [8/7/2003] the 182nd Court Judge: JEANNINE BARR, [DISMISSED] the trial [WITHOUT] a verdict being rendered by the jury, There is not even a signing by the jury foreman.

There is 'No Pronouncement' of a sentence, & 'No Sentence [I]mposed'. At 6:00PM August 07, 2003 - When all parties were absent, the Judge; JEANNINE BARR, & Deputy; THOMAS, 'Did There & Then' prepare a falsified adendum bearing a Right Thumb Print that does NOT belong to [ME].

[01/01/1863] The EMANCIPATION PROCLAMATION FREED THE SLAVES OF INVOLUNTARY SERVITUDE. On [01/30/1865] Congress passed the [13] Amendment abolishing slavery. I was falsely put in prison due to [MY] 'Race', as a "BLACK MAN".

Amendment [13] states; "NEITHER SLAVERY NOR INVOLUNTARY SERVITUDE SHALL EXIST IN THE UNITED STATES OR ANY TERRITORY SUBJECT TO IT'S JURISDICTION, EXCEPT AS A PUNISHMENT FOR CRIME WHEREOF THE PARTY HAVE BEEN DULY CONVICTED".

### INMATE DECREE

I ANDRE A. JONES, TDCJ# [1183592] housed at the Polunsky Unit, 3872 F.M. 350 South - Livingston, Texas 77351 [D]eclare under the pains & penalty of perjury that this is a true and correct statement to the best of [MY] belief this the 27 day of August, 2020.

Sincerely: *Andre A Jones*

Mr. Andre A. Jones
TDCJ-ID# 1183592



ANDRE A JONES # 1183592
POLUNSKY UNIT
FM 3872 3302 S
LIVINGSTON TX 77351

NORTH HOUSTON TX 773
23 DEC 2020 PM 9 L

United States Postal Service
Southern District of Texas
FILED
DEC 28 2020
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
CLERKS OFFICE: DARLENE HANSEN
515 RUSK ST RM 5401
HOUSTON TX 77002

LEGAL MAIL